UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 APR -3  PM 5: 04

CLERK _____ TRB
SO. DIST. OF GA.

CR418  110

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by a |
| TREMAYNE BROWN | ) Prohibited Person |
| | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| | ) Possession with Intent to |
| | ) Distribute Controlled Substances |
| | ) (Cocaine, Marijuana, |
| | ) Methamphetamine) |
| | ) |
| | ) 18 U.S.C. § 924(c) |
| | ) Possession of a Firearm in |
| | ) Furtherance of a Drug |
| | ) Trafficking Crime |

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about May 5, 2017, in Chatham County, within the Southern District of

Georgia, the defendant,

**TREMAYNE BROWN,**

having been convicted of a crime punishable by imprisonment for a term exceeding

one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Ruger

Model P85 9mm pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
*Possession of Controlled Substance with Intent to Distribute a Controlled Substance*
*(Cocaine)*
21 U.S.C. § 841(a)(1)

On or about May 5, 2017, in Chatham County, within the Southern District of Georgia, the defendant,

**TREMAYNE BROWN,**

did knowingly and intentionally possess a quantity of cocaine, a Schedule II controlled substance, with the intent to distribute.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

*Possession of Controlled Substance with Intent to Distribute a Controlled Substance*
*(Methamphetamine)*
21 U.S.C. § 841(a)(1)

On or about May 5, 2017, in Chatham County, within the Southern District of

Georgia, the defendant,

### TREMAYNE BROWN,

did knowingly and intentionally possess a quantity of methamphetamine, a Schedule

II controlled substance, with the intent to distribute.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

*Possession of Controlled Substance with Intent to Distribute a Controlled Substance*
*(Marijuana)*
21 U.S.C. § 841(a)(1)

On or about May 5, 2017, in Chatham County, within the Southern District of

Georgia, the defendant,

**TREMAYNE BROWN,**

did knowingly and intentionally possess a quantity of marijuana, a Schedule I

controlled substance, with the intent to distribute.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about May 5, 2017, in Chatham County, within the Southern District of Georgia, the defendant,

## TREMAYNE BROWN,

did knowingly possess a firearm, to wit, a Ruger Model P85 9mm pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Possession of Controlled Substance with Intent to Distribute a Controlled Substance (Cocaine), in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 2 of this Indictment; Possession of Controlled Substance with Intent to Distribute a Controlled Substance (Methamphetamine), in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 3 of this Indictment; Possession of Controlled Substance with Intent to Distribute a Controlled Substance (Marijuana), in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 4 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Five of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of Counts One through Four of this Indictment, the defendant, **TREMAYNE BROWN,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a Ruger Model P85 9mm pistol, bearing serial number 300-39095 and 8 rounds of 9mm ammunition.

If any of the property described above, as a result of any act or commission of the defendant:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the court;

      d.     has been substantially diminished in value; or

      e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

6

A True Bill.

_____
Foreperson

David H. Estes
First Assistant United States Attorney

R. Brian Tanner
Assistant United States Attorney
Chief, Appellate Division

Marcela C. Mateo
Assistant United States Attorney
*Lead Counsel