UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 APR -3 PM 5:07
CLERK _____
SO. DIST. OF GA.

| UNITED STATES OF AMERICA | ) | CASE NO. |
|---|---|---|
| v. | ) | |
| | ) | CR418 110 |
| TREMAYNE BROWN | ) | |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses described in the Indictment are as follows:

**COUNT(S)/CHARGE(S)**                **STATUTORY PENALTY**

**COUNT ONE**
*Possession of Firearm by Prohibited Person*
18 U.S.C. § 922(g)

Imprisonment for not more than 10 years;
Fine of not more than $250,000;
Supervised Release Term of 3 years to life,
$100 special assessment.*

*However, should defendant be found to have three previous convictions for a violent crime or serious drug offense, or both, committed on occasions different from one another, the term of imprisonment would be not less than fifteen years, a fine not more than $250,000, not more than five years of supervised release and a $100 special assessment. 18 U.S.C. §924(e).*

**COUNTS TWO-FOUR**
*Possession with Intent to Distribute Controlled Substances*
21 U.S.C. § 841

Imprisonment of not more than 20 years;
Fine of not more than $1,000,000,000;
Supervised Release Term of at least 3 years;
$100 special assessment.

| COUNT(S)/CHARGE(S) | STATUTORY PENALTY |
|---|---|
| **COUNT FIVE**<br><br>*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*<br><br>18 U.S.C. § 924(c) | Imprisonment of not less than 5 years;<br>Fine of not more than $250,000;<br>Supervised Release Term of not more than 5 years;<br>$100 special assessment.*<br><br>*\*However, if the defendant is convicted of a second or subsequent violation of § 924(c), then the term of imprisonment would be not less than 25 years; a fine of not more than $250,000; a Supervised Release Term of not more than 5 years; and a $100 special assessment.*<br><br>This sentence MUST be run consecutive to other sentences imposed in this case. |

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ M. Mateo*

Marcela C. Mateo
Assistant United States Attorney
Georgia Bar No. 397722