# United States District Court

### SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR418-110**

United States of America

vs.

**Tremayne Brown**

**10:06 - 10:29**

Defendant/Age

**Christopher Howard**
U. S. Attorney

**Cameron Kuhlman**
Attorney for Defendant

- [✓] Plea agreement **(Received).**
- [✓] Defendant Sworn
- [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [ ] Arraigned and plead _____ to count(s) _____.
- [✓] Plea of not guilty withdrawn and plea of **Guilty** entered as to count(s) **Four (4) and Five (5)** of the indictment.
- [✓] Factual basis **Established.  Oral.  Plea Accepted** Witness for factual basis **TFO Lyons**.
- [✓] Adjudication of guilt **Made.**
- [✓] Referred to probation office for pre-sentence investigation **Yes.**
- [✓] Sentencing Scheduled for **Later Date** at **TBD**.
- [ ] Bond Continued ___ Bond modified to _____.
- Bond set at _____ _____
- [✓] Bond not made defendant in jail.
- [✓] Defendant remanded to custody of United States Marshal.

Honorable **Lisa Godbey Wood, U. S. District Court Judge**     Date **06/25/2018**

Court Reporter     **Debra Gilbert**     Probation Officer **Ernest Orlando**

Courtroom Deputy Clerk     **Whitney Sharp**     U.S. Marshal